AL. March 22, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George M. Hoffheimer* for petitioners. *Mr. John Bassel* for respondents.

No. 745. FRANK J. LOGAN ET AL., PETITIONERS, *v.* FARMERS' DEPOSIT NATIONAL BANK OF PITTSBURGH, PA., ET AL; and No. 746. ROLLING MILL COMPANY OF AMERICA ET AL., PETITIONERS, *v.* CANTON ROLL & MACHINE COMPANY ET AL. March 22, 1909. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Hector M. Hitchings* for petitioners. *Mr. B. M. Ambler* and *Mr. A. Leo Weil* for respondents.

No. 757. SUE KIRKPATRICK ET AL., ETC., PETITIONERS, *v.* ST. LOUIS & SAN FRANCISCO RAILROAD COMPANY. April 5, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Willard L. Sturdevant* for petitioners. *Mr. W. F. Evans* for respondent.

No. 744. FANNIE FINKS ET AL., PETITIONERS, *v.* FRED FLEMING ET AL. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. M. Etheridge* and *Mr. J. M. McCormick* for petitioners. *Mr. Maurice E. Locke, Mr. J. W. Terry, Mr. M. M. Crane* and *Mr. William J. McKie* for respondents.

No. 753. FRANK YESBERA, PETITIONER, *v.* THE HARDESTY MANUFACTURING COMPANY, ETC. April 12, 1909. Petition